UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWIGHT J. LOVING ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-cv-1655 (ESH) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF DEFENSE, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOTICE OF APPEARANCE

Notice is hereby given of the appearance of the undersigned counsel with the United States Department of Justice on behalf of the defendants in the above-captioned civil action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

ELIZABETH SHAPIRO
Assistant Branch Director

  /s/ John R. Tyler
JOHN R. TYLER (D.C. Bar No. 297713)
United States Department of Justice
20 Massachusetts Ave., N.W.
Room 7344
Washington, D.C. 20004

                                                  Telephone: (202) 514-2356  
                                                  Facsimile: (202) 616-8470

                                                  Attorneys for Defendants.

Date: October 24, 2006