UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWIGHT J. LOVING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-cv-1655 (ESH) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF DEFENSE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

DEFENDANTS' UNOPPOSED MOTION AND MEMORANDUM IN
SUPPORT THEREOF FOR AN ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants in the above captioned case, which is brought under the Freedom of Information Act ("FOIA"), hereby move for an enlargement of time of 30 days, up to and including Wednesday November 29, 2006, within which to answer or otherwise respond to the complaint.  Pursuant to LCvR 7.1(m), the undersigned counsel has conferred about this motion with plaintiff's counsel who does not oppose the additional time requested herein.  Defendants respectfully bring this motion in order to allow the undersigned counsel, who was just recently assigned to this case, sufficient opportunity to confer with client personnel and gather information necessary to answer or otherwise respond to the complaint.

CONCLUSION

For the foregoing reasons, defendants respectfully ask that they be given until November 29, 2006 within which to answer or otherwise respond to the complaint.

                        Respectfully submitted,

                        PETER D. KEISLER
                        Assistant Attorney General

                        ELIZABETH SHAPIRO
                        Assistant Branch Director

                         /s/ John R. Tyler
                        JOHN R. TYLER (D.C. Bar No. 297713)
                        United States Department of Justice
                        20 Massachusetts Ave., N.W.
                        Room 7344
                        Washington, D.C. 20004
                        Telephone: (202) 514-2356
                        Facsimile: (202) 616-8470

                        Attorneys for Defendants.

Date: October 24, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWIGHT J. LOVING ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-cv-1655 (ESH) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF DEFENSE, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of defendants' unopposed motion for an enlargement of time of 30 days within which to answer or otherwise respond to the complaint, it is hereby

ORDERED that defendants' motion is granted whereby they are given up to and including Wednesday, November 29, 2006, within which to file an answer or other response to the complaint.

_____
UNITED STATES DISTRICT JUDGE

This ___ day of _____ 2006.