IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DWIGHT J. LOVING, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF DEFENSE | : | Case No. 06 CV-01655 |
| | : | |
| and | : | Judge Ellen Segal Huvelle |
| | : | |
| DEPARTMENT OF THE ARMY | : | |
| Defendants. | : | |

## ANSWER

Defendants, by their undersigned counsel, hereby respond to each numbered paragraph of the Plaintiff's Complaint as follows:

1.  This paragraph contains plaintiff's characterization of his civil action to which no answer is required.

2.  This paragraph alleges conclusions of law regarding the Court's jurisdiction to which no answer is required, but insofar as an answer may be deemed required, deny.

3.  This paragraph alleges conclusions of law regarding venue to which no answer is required, but insofar as an answer may be deemed required, deny.

4.  Admit.

5.  Admit.

6.	Deny, except to admit that the Department of the Army is a component of the Department of Defense.

7.	Admit.

8.	Admit.

9.	Admit.

10.	Admit.

11.	Admit.

12.	Admit.

13.	Admit.

14.	Admit.

15.	Defendants are without sufficient knowledge on which to admit or deny the first and second sentences of this paragraph.  Deny the third and fourth sentences, except to admit that a habeas petition was filed on behalf of plaintiff arguing that his trial defense counsel was deficient.

16.	Defendants are without sufficient information on which to admit or deny this paragraph.

17.	Admit.

18.	Admit.

19.	Admit.

20. Admit.

21. Defendants are without sufficient information on which to admit or deny the allegations in this paragraph.

22. Admit the first sentence except to deny that plaintiff's letters of January 31, 2006 constituted an administrative "appeal." Deny the second sentence. Admit the third and fourth sentences, except to deny that plaintiffs' actions constituted an administrative appeal.

23. Admit the allegations in this paragraph except to deny that plaintiff's letters of January 31, 2006 constituted an administrative "appeal."

24. Admit.

25. Admit the allegations in this paragraph except to deny that plaintiff's letter of April 7, 2006 constituted an administrative "appeal."

26. Admit the allegations in this paragraph except to deny that plaintiff's letters of January 31, 2006 constituted an administrative "appeal."

27. Admit the allegations in this paragraph except to deny that plaintiff filed administrative "appeals."

28. Admit the allegations in this paragraph except to deny that plaintiff filed a "second administrative appeal."

29. Admit the allegations in this paragraph except to deny that such

letters constituted administrative "appeals."

30.   Deny.

31.   Admit.

32-33.  These paragraphs set forth conclusions of law to which no answer is required, but insofar as an answer may be deemed required, deny.

34.   Defendants incorporate herein their answers to paragraphs 1-33.

35-37.  These paragraphs set forth plaintiff's causes of action and his claimed entitlement to relief to which no answer is required, but insofar as an answer may be deemed required, deny.

38.   Defendants incorporate herein their answers to paragraphs 1-37.

39-41.  These paragraphs set forth plaintiff's causes of action and his claimed entitlement to relief to which no answer is required, but insofar as an answer may be deemed required, deny.

42.   Defendants incorporate herein their answers to paragraphs 1-41.

43-44.  These paragraphs set forth plaintiff's causes of action and his claimed entitlement to relief to which no answer is required, but insofar as an answer may be deemed required, deny.

The remainder of the complaint constitutes plaintiff's prayer for relief to which no response is required, but insofar as a response might be deemed

required, deny. To the extent that any allegation is not specifically addressed, it is hereby denied.

                                     Respectfully submitted,

                                     PETER D. KEISLER
                                     Assistant Attorney General


                                     /s John R. Tyler
                                   ELIZABETH J. SHAPIRO (DC #418925)
                                   JOHN R. TYLER (DC # 297713)

OF COUNSEL

                                   Attorneys, Civil Division
CPT PATRICK BUTLER            U.S. Department of Justice
US Army Litigation Division     20 Massachusetts Ave., N.W., Rm. 7344
901 N. Stuart St. Suite 400      Washington, D.C. 20560
Arlington, VA 22203             (212) 514-2356

November 30, 2006