**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DWIGHT J. LOVING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-cv-1655 (ESH) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF DEFENSE *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT PROPOSAL CONCERNING CASE MANAGEMENT

1.    The plaintiff's claims sound in violations of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, the Privacy Act, 5 U.S.C. § 552a, and the Administrative Procedure Act, 5 U.S.C. §§ 701 et seq., and are based upon the defendants' alleged failure to produce records.

2.    The parties believe that this case may be decided by dispositive motions.  To this end, in accordance with the proposed schedule below, defendants will respond to plaintiff's FOIA/Privacy Act requests and will produce to plaintiff those records believed by defendants to not come within any FOIA/Privacy Act exemption from disclosure.  Thereafter, defendants will move for summary judgment and provide a *Vaughn* index identifying responsive documents that are averred to be subject to exemption and, thus, not susceptible of disclosure.

3.    Plaintiff may move the Court to prevent withholding of certain records by defendants, prior to defendants' production and motion for summary judgment.

4.    The parties hereby propose the following schedule for this case:

| | |
|---|---|
| Defendants will fully respond to plaintiff's FOIA/Privacy Act requests and produce all records not subject to FOIA/Privacy Act exemption | March 1, 2007 |
| Defendants move for summary judgment and provide *Vaughn* indexes | March 30, 2007 |
| Plaintiff files opposition to defendants' summary judgment motion and optionally cross-moves for summary judgment | April 13, 2007 |
| Defendants file reply memorandum in support of their summary judgment motion and, if appropriate, their opposition to plaintiff's cross-motion for summary judgment | April 27, 2007 |
| Plaintiff files reply memorandum in support of their cross-motion for summary judgment, if appropriate | May 11, 2007 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ John R. Tyler
Elizabeth Shapiro (D.C. Bar # 418925)
John R. Tyler (D.C. Bar # 297713)
Attorneys, Civil Division
UNITED STATES DEPARTMENT
    OF JUSTICE
20 Massachusetts Ave., N.W., Rm. 7344
Washington, DC 20004
Telephone: (202) 514-2356
Facsimile: (202) 616-8470

Of Counsel:
CPT Patrick Butler
US Army Litigation Division
901 N. Stuart St. Suite 400
Arlington, VA 22203

*Attorneys for Defendants*

Dated:  December 14, 2006

/s/ Seth A. Watkins
Seth A. Watkins (D.C. Bar # 467470)
Charles F. Schill (D.C. Bar # 230326)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Telephone: (202) 429-8090
Facsimile: (202) 429-3902

Of Counsel:
Teresa L. Norris*
Blume Weyble & Norris, LLC
P.O. Box 11744
Columbia, SC 29211
Telephone: (803) 765-1044
Facsimile: (803) 765-1143

* moving for *pro hac vice* admission

*Attorneys for Plaintiff*