IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWIGHT J. LOVING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-CV-01655 |
| | ) Judge Ellen Segal Huvelle |
| DEPARTMENT OF DEFENSE and | ) |
| DEPARTMENT OF THE ARMY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE AND SUBSTITUTION

NOTICE is given that JEAN LIN from the Department of Justice, Civil Division, Federal Programs Branch, will appear in this case in substitution of JOHN TYLER as lead attorney for all defendants.

Dated: February 12, 2007                    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

___/s/ Jean Lin_____
JEAN LIN
Trial Attorney
Federal Programs Branch, Civil Division
United States Department of Justice
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 514-3716
Fax: (202) 616-8470

Attorneys for Defendants