**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DWIGHT J. LOVING | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:06-cv-1655 (ESH) |
| UNITED STATES DEPARTMENT OF DEFENSE *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

PLAINTIFF'S UNOPPOSED MOTION AND MEMORANDUM
IN SUPPORT THEREOF FOR AN ENLARGEMENT OF TIME

Plaintiff in the above captioned case, brought under the Freedom of Information Act, hereby moves for an enlargement of time for the briefing schedule as follows:

| | |
|---|---|
| Plaintiff files opposition to defendants' summary judgment motion and optionally cross-moves for summary judgment | April 18, 2007 |
| Defendants file reply memorandum in support of their summary judgment motion and, if appropriate, their opposition to plaintiff's cross-motion for summary judgment | May 2, 2007 |
| Plaintiff files reply memorandum in support of their cross-motion for summary judgment, if appropriate | May 11, 2007 |

Under the proposed enlargement of time, plaintiff's opposition (originally due April 13, 2007) and defendants' reply memorandum (originally due April 27, 2007) each shall be due five (5) calendar days after the date originally set on the briefing schedule. The due date for plaintiff's reply memorandum, May 11, 2007, remains unchanged.

Pursuant to LCvR 7.1(m), the undersigned counsel has conferred about this motion with defendants' counsel who does not oppose the additional time requested herein.  Plaintiff respectfully brings this motion in order to allow the undersigned counsel sufficient opportunity to respond to the defendants' Motion for Summary Judgment and accompanying extensive *Vaughn* indexes attached thereto.

## CONCLUSION

For the foregoing reasons, plaintiff respectfully requests enlargement of the time for the briefing schedule in the above captioned case.

Respectfully submitted,

/s/ Seth A. Watkins
Seth A. Watkins (D.C. Bar # 467470)
Charles F. Schill (D.C. Bar # 230326)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Telephone: (202) 429-8090
Facsimile: (202) 429-3902

Of Counsel:
Teresa L. Norris*
Blume Weyble & Norris, LLC
P.O. Box 11744
Columbia, SC 29211
Telephone: (803) 765-1044
Facsimile: (803) 765-1143

* moving for *pro hac vice* admission

*Attorneys for Plaintiff*

Dated:  April 9, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWIGHT J. LOVING, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action No. 1:06-cv-1655 (ESH) |
| UNITED STATES DEPARTMENT OF DEFENSE *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

ORDER

Upon consideration of plaintiff's unopposed motion for an enlargement of time for the briefing schedule, it is hereby

ORDERED that Plaintiff shall file an opposition to defendants' motion for summary judgment and cross-motion for summary judgment, if any, on or before April 18, 2007. Defendants shall file a reply and opposition to plaintiff's cross-motion, if any, on or before May 2, 2007. Plaintiff shall file a reply in support of cross-motion, if any, on or before May 11, 2007.

_____
UNITED STATES DISTRICT JUDGE

This ____ day of April 2007.