# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWIGHT J. LOVING, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES DEPARTMENT OF DEFENSE *et al.*, </br></br> Defendants. | Civil Action No. 1:06-cv-1655 (ESH) |

## PRAECIPE

Counsel for Plaintiff Dwight J. Loving timely filed *Plaintiff's Reply in Support of Cross-Motion for Summary Judgment*, and *Exhibit* thereto, on May 11, 2007. Today, the Clerk's office informed counsel, however, that this pleading inadvertently was categorized with the wrong "event" in the Court's Case Management / Electronic Case Filing (CM/ECF) system and must be refiled. In response, the pleading is being refiled on even date herewith, exactly as originally filed and dated on May 11, 2007. Counsel regrets the error in categorization and requests that the docket reflect entry of the pleading.

Respectfully submitted,

/s/ Seth A. Watkins
Seth A. Watkins (D.C. Bar # 467470)
Charles F. Schill (D.C. Bar # 230326)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Telephone: (202) 429-8090
Facsimile: (202) 429-3902

        Of Counsel:
        Teresa L. Norris*
        Blume Weyble & Norris, LLC
        P.O. Box 11744
        Columbia, SC 29211
        Telephone: (803) 765-1044
        Facsimile: (803) 765-1143

        * moving for *pro hac vice* admission

        *Attorneys for Plaintiff*

Dated: May 14, 2007