UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWIGHT J. LOVING, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:06-cv-1655 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR ADMISSION PRO HAC VICE OF TERESA L. NORRIS**

Pursuant to LCvR 83.2(d) of the United States District Court for the District of Columbia, Seth A. Watkins, a member in good standing of the Bar of this Court, and an attorney of record for plaintiff Dwight J. Loving in this action, hereby respectfully moves for the admission *pro hac vice* of Teresa L. Norris to participate in this action on behalf of plaintiff. In support thereof, plaintiff submits:

1.  a Declaration signed by Teresa L. Norris stating that (a) she is a member in good standing of the bar of South Carolina since November 1990 and is admitted to practice in the bars of the United States Supreme Court, United States Court of Appeals for the Fourth Circuit, United States District Court for the District of South Carolina, United States Court of Appeals for the Armed Forces, and the United States Army Court of Criminal Appeals; (b) she has not been disciplined by any bar; (c) she has not been admitted to practice before this Court in the last two years; and (d) she does not engage in the practice of law from an office located in the District of Columbia;

    2.       Teresa L. Norris is knowledgeable regarding the dispute between the parties, and thus, it would be economical, as well as efficient, to allow her to appear in this action; and

    3.       a proposed order granting her admission, attached hereto.

WHEREFORE, it is respectfully requested that Teresa L. Norris be permitted to participate in this matter *pro hac vice* pursuant to LCvR 83.2(d).

                                             Respectfully submitted,

                                             /s/ Seth A. Watkins
                                             Seth A. Watkins (D.C. Bar # 467470)
                                             Charles F. Schill (D.C. Bar # 230326)
                                             STEPTOE & JOHNSON LLP
                                           1330 Connecticut Avenue, NW
                                           Washington, DC 20036-1795
                                           Telephone: (202) 429-8090
                                           Facsimile: (202) 429-3902

                                           *Attorneys for Plaintiff*

Dated: June 8, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DWIGHT J. LOVING )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF DEFENSE *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:06-cv-1655 (ESH) |

**DECLARATION IN SUPPORT OF MOTION *PRO HAC VICE* OF
TERESA L. NORRIS**

Teresa L. Norris, being duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law firm of Blume Weyble & Norris, LLC with a mailing address of P.O. Box 11744, Columbia, South Carolina 29211 and a street address of 1247 Sumter Street, 2nd Floor. My office telephone number is (803) 765-1044.

2. I have been a member in good standing of the Bar of South Carolina since November 1990. I have been admitted to practice in the following bars: United States Supreme Court; United States Court of Appeals for the Fourth Circuit; United States District Court, District of South Carolina; United States Court of Appeals for the Armed Forces; and the United States Army Court of Criminal Appeals. I am a member in good standing of these tribunals.

3. There have been no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction at any time.

4. I have not previously been admitted to practice before this Court *pro hac vice*.

5. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2007

_____
Teresa L. Norris

State of South Carolina
County of Richland
Subscribed and sworn to before me this
23rd day of May, 2007.
(SEAL)

Susan B. Hackett, Notary Public
My Commission Expires: 9/22/2013

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWIGHT J. LOVING, </br></br>　　　　Plaintiff, </br></br>　　v. </br></br>UNITED STATES DEPARTMENT </br>　OF DEFENSE *et al.*, </br></br>　　　　Defendants. | Civil Action No. 1:06-cv-1655 (ESH) |

**[PROPOSED] ORDER**

Upon review and consideration of the Motion for Admission *Pro Hac Vice* of Teresa L. Norris, it is this ____ day of _____, 2007, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Teresa L. Norris be permitted to represent plaintiff Dwight J. Loving and to participate in any proceedings in the above-captioned matter.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

This ____ day of _____ 2007.