# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DWIGHT J. LOVING,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1655 (ESH) |
| **UNITED STATES DEPARTMENT OF DEFENSE,** *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motion for summary judgment [Dkt. #7] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff's cross-motion for summary judgment [Dkt. #9] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 26, 2007