UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DWIGHT J. LOVING )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT )<br>OF DEFENSE )<br>and )<br>UNITED STATES DEPARTMENT )<br>OF THE ARMY, )<br><br>Defendants. ) | Civil Action No. 1:06-cv-1655 (ESH) |

NOTICE OF APPEAL

Notice is hereby given this 21st day of September, 2007 that plaintiff, Dwight J. Loving, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Order filed July 26, 2007 granting defendants' motion for summary judgment and denying plaintiff's cross-motion for summary judgment.

Respectfully submitted,

_____
Seth A. Watkins (D.C. Bar # 467470)
Charles F. Schill (D.C. Bar # 230326)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Telephone: (202) 429-8090
Facsimile: (202) 429-3902

Of Counsel:
Teresa L. Norris

                                                Blume Weyble & Norris, LLC
                                                P.O. Box 11744
                                                Columbia, SC 29211
                                                Telephone: (803) 765-1044
                                                Facsimile: (803) 765-1143

                                                *Attorneys for Plaintiff*

Dated:  September 21, 2007